Curtis T. FLEWELLEN, Appellant,

v.

The STATE of Texas, Appellee.

No. 28292.

Court of Criminal Appeals of Texas.

May 2, 1956.

No attorney for appellant of record on appeal.

Leon B. Douglas, State's Atty., Austin, for the State.

**WOODLEY, Judge.**

The conviction is for drunken driving; the punishment, 3 days in jail and a fine of $50.

The record contains no statement of facts and no bills of exception, and the exceptions to the court's charge cannot be appraised in the absence of a statement of facts.

The judgment is affirmed.